EMMA B. TABER, Appellant, *v.* FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, as Executor of WILLIAM I. TABER, Deceased, et al., Respondents, Impleaded with Another.

Argued January 18, 1937; decided March 9, 1937.

*Warnick J. Kernan* and *E. Howard Ringrose* for appellant.

*Gilbert R. Hughes* for First Citizens Bank and Trust Company of Utica, as executor of William I. Taber, deceased, et al., respondents.

*S. W. Brennan* for Samuel E. Taber, respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.